UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARISE L. JEAN-LOUIS,

Plaintiff,

-against-

COMMUNITY AGENCY FOR SENIOR CITIZENS,

Defendant.

25-CV-2820 (LTS)

CIVIL JUDGMENT

For the reasons stated in the November 23, 2026 order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: November 23, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge